WILLIAM W. RUTHERFURD, Respondent, *v.* J. HERBERT CARPENTER, Appellant.

*Rutherfurd* v. *Carpenter*, 134 App. Div. 881, reversed.
(Argued April 6, 1911; decided April 25, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 9, 1909, affirming a judgment in favor

of plaintiff entered upon a decision of the court on trial at Special Term in an action to charge the defendant with a trust *ex maleficio*.

*John S. Davenport* for appellant.

*F. R. Minrath* and *Henry Siegrist* for respondent.

Judgment reversed and new trial granted, costs to abide event, on dissenting opinion of INGRAHAM, J., below.

Concur: GRAY, WERNER, WILLARD BARTLETT and CHASE, JJ. Dissenting: CULLEN, Ch. J., HISCOCK and COLLIN, JJ.